IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAIRA IVETH HERNANDEZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-23-cv-00684-FB |
| OFFICER ANDREW DE NAVA, | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Stipulation of Dismissal with prejudice filed by the parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure on September 23, 2025. (Docket no. 52). The parties stipulate that this case can be dismissed with prejudice, with all parties to bear their own costs. After considering the stipulation, the pleadings on file and the entire record in this case, the Court will approve the stipulation and dismiss this case with prejudice, with all parties to bear their own costs.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that pursuant to the Stipulation of Dismissal signed by the parties (docket no. 52) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this case is DISMISSED WITH PREJUDICE with all parties to bear their own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE